

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HUMBERTO HORIOL MEDINA
VILLARREAL,

    Defendant.

CR 20-24-BU-DLC

FINDINGS &
RECOMMENDATION
CONCERNING PLEA

   The Defendant, by consent, has appeared before me under Fed. R. Crim. P.
11 and has entered a plea of guilty to one count of possession with the intent to
distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count I), and
one count of conspiracy to commit money laundering, in violation of 18 U.S.C. §
1956(h) (Count II), as set forth in the Superseding Information. Defendant further
agrees to the forfeiture allegation in the Superseding Information. In exchange for
Defendant's plea, the United States has agreed not to file an information under 21
U.S.C. § 841(a)(1) and 851 subjecting the Defendant to an enhanced statutory
penalty on the basis of the Defendant's prior conviction for a felony drug offense.

   After examining the Defendant under oath, I have made the following
determinations:

1

1.   That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2.   That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

3.   That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4.   That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him, and admitting to the allegation of forfeiture;

5.   That both his plea of guilty to the criminal offenses charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offenses charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I

and II of the Superseding Information, that sentence be imposed, and that the

agreed forfeiture be imposed against Defendant.

**This report is forwarded with the recommendation that the Court defer**

**a decision regarding acceptance until the Court has reviewed the Plea**

**Agreement and the presentence report**.

DATED this 25th day of March, 2021.

Kathleen L. DeSoto
United States Magistrate Judge